UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: Bryan M. Bost and : Case No. 12-54890
Amanda J. Bost, : Chapter 7
:
Debtors. : Judge Caldwell

### NOTICE OF PROPOSED PRIVATE SALE

PLEASE TAKE NOTICE that Myron N. Terlecky, Trustee herein, whose address is 575 South Third Street, Columbus, Ohio 43215, proposes to sell the following property of the within estate to the buyer named herein for the price and on the terms and conditions set forth:

**Date of Sale:** On or after 21 days from the date of the mailing of this Notice

**General Description of Property:** The non-exempt equity in a 2006 Pontiac Vibe

**Buyer:** Debtors

**Price:** $3,500.00

**Basis for Suggested Price:** Market value less available exemptions

**Terms and Conditions:** $3,500 already paid in one lump sum

PLEASE TAKE FURTHER NOTICE that the Trustee may proceed with the proposed sale unless within twenty-one (21) days from the date of this Notice:

(1) a party in interest files a written objection, stating the grounds for opposition and a request for hearing with this Court and serves a copy thereof on the Trustee and the Debtors <u>or</u>

1

(2)   an entity files a notice of offer to purchase the property and a request for hearing with this Court and serves a copy thereof on the Trustee and the Debtors.

Respectfully submitted,

 /s/  Myron N. Terlecky
Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart,
McGrath & Terlecky Co., LPA
575 South Third St.
Columbus, OH 43215
Telephone:    (614) 228-6345
Facsimile:     (614) 228-6369
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 1, 2013, a true and accurate copy of the foregoing *Notice of Proposed Private Sale* was served on the following registered ECF participants, electronically through the court's ECF system, at the email address registered with the Court:

- Office of the U. S. Trustee
- Claire Ripley Fried
- Pamela Arndt

and by **ordinary U.S. Mail** addressed to the Debtors, Counsel for the Debtors, the Office of the U.S. Trustee, and all creditors and parties in interest as set forth on the attached mailing matrix.

  /s/   Myron N. Terlecky
Myron N. Terlecky  (0018628)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:12-bk-54890<br>Southern District of Ohio<br>Columbus<br>Tue Apr 30 17:17:01 EDT 2013 | Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Fl 33131-1605 | US Bank Home Mortgage<br>4801 Frederica Street<br>Owensboro, KY 42301-7441 |
| United States Bankruptcy Court<br>170 North High Street<br>Columbus, OH 43215-2414 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Bank USA NA<br>PO Box 71083<br>Charlotte NC  282721083 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citibank NA<br>co American InfoSource LP<br>PO Box 248840<br>Oklahoma City OK  731248840 | Fed Loan Serv<br>Po Box 69184<br>Harrisburg, PA 17106-9184 |
| First Merit<br>106 S. Main St.<br>Akron, OH 44308-1444 | GE Capital Retail Bank<br>Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 | Gecrb/Home Dsgn Ce/App<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Hsbc/Polrs<br>90 Christiana Road<br>New Castle, DE 19720-3118 | Kohls/Cap1<br>Po Box 3115<br>Milwaukee, WI 53201-3115 | Onemain Fi<br>300 Saint Paul Pla Bsp13a<br>Baltimore, MD 21202-2120 |
| Pcb<br>(Original Creditor:Medical)<br>5500 New Albany Rd<br>New Albany, OH 43054-8704 | Pcb<br>Original Cred:Adena Health System<br>5500 New Albany Rd Ste 2<br>New Albany, OH 43054-8704 | Quantum3 Group LLC<br>for World Financial Network Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Sears/Cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 |
| Wells Fargo Financial National Bank<br>Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA    50306-0438 | Wffnatbank<br>Po Box 94498<br>Las Vegas, NV 89193-4498 | Wfnnb/Maurices<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Amanda J Bost<br>346 Arch Street<br>Chillicothe, OH 45601-1518 | Bryan M Bost<br>346 Arch Street<br>Chillicothe, OH 45601-1518 | Claire Ripley Fried<br>86 N. Mulberry Street<br>Chillicothe, OH 45601-2513 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Us Bank Home Mortgage            End of Label Matrix
4801 Frederica St                   Mailable recipients    30
Owensboro, KY 42301-7441            Bypassed recipients     1
                                    Total                  31